UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 21-01422-DOC-DFMx | Date | April 26, 2022 |
| Title | United African-Asian Abilities Club v. Rancho Del Monte Development, L.P. et al. | | |

Present: The Honorable   DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

    The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [15], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

    Any pending Order to Show Cause is hereby discharged.

 

                                                                                                                                               __ : __

Initials of Deputy Clerk   kdu